**Dismissed and Memorandum Opinion filed November 19, 2024**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00616-CV

## LAURIE SOWELL, Appellant

### V.

## LAUREN WOOD AND RICHARD BROWN AS TRUSTEE OF THE CHARLOTTE WOOD AND RICHARD WESLEY WOOD 2021 TRUST, Appellees

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1229344**

## MEMORANDUM OPINION

This appeal is from a judgment signed August 19, 2024. The clerk's record was filed September 10, 2024. The court reporter informed this court that there is no reporter's record. Accordingly, appellant's brief was due October 10, 2024. No brief was filed.

On October 21, 2024, we issued a notice stating that unless appellant filed a

brief within 10 days, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Zimmerer, Spain, and Hassan.